1  **MICHAEL A. DIRENZO, ESQ.**
   Nevada Bar No. 13104
2  **MORGAN & MORGAN**
   6725 Via Austi Parkway, Suite 275
3  Las Vegas, Nevada 89119
   Telephone: (725) 226-1371
4  Facsimile: (689) 285-6892
5  Email: michael.direnzo@forthepeople.com
   *Attorneys for Plaintiff*
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

| | |
|---|---|
| MAHAN MERAI, an individual, | CASE NO.: 2:25-cv-02469-JAD-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS EXTRA-CONTRACTUAL AND PUNITIVE DAMAGES CLAIMS WITHOUT PREJUDICE AND WITHDRAW DEFENDANTS CSAA GENERAL INSURANCE COMPANY's MOTION TO DISMISS EXTRA-CONTRACTUAL AND PUNITIVE DAMAGES CLAIMS** |
| CSAA GENERAL INSURANCE COMPANY; DOES I through X; and ENTITIES I through XX, inclusive, | |
| Defendant. | |
| | ECF Nos. 4, 8 |

The parties hereto, by and through their respective counsel, stipulate to allow Plaintiff to DISMISS EXTRA-CONTRACTUAL AND PUNITIVE DAMAGES CLAIMS WITHOUT PREJUDICE pending additional discovery and to withdraw Defendant's CSAA GENERAL INSURANCE COMPANY's MOTION TO DISMISS EXTRA-CONTRACTUAL AND PUNITIVE DAMAGES CLAIMS.

/ / /

/ / /

/ / /

/ / /

1

Case No. 2:25-cv-02469-JAD-EJY

The parties represent that this stipulation is in good faith and not for purpose of delay:

DATED this 31st day of December 2025.

**MORGAN & MORGAN**

/s/ Michael DiRenzo

MICHAEL DIRENZO, ESQ.
Nevada Bar No.: 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 31st day of December 2025.

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

/s/ Cara T. Laursen

CARA T. LAURSEN, ESQ.
Nevada Bar No. 14563
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 110536
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorney for Defendant*

*Case No. 2:25-cv-02469-JAD-EJY*

**ORDER**

    Based on the parties' stipulation [ECF No. 8] and with good cause appearing, IT IS ORDERED that the plaintiff's extra-contractual claims and prayer for punitive damages are dismissed without prejudice;

    IT IS FURTHER ORDERED that the motion to dismiss [ECF No. 4] is DEEMED WITHDRAWN, and the hearing on that motion scheduled for January 26, 2026, at 2 p.m. is VACATED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2026