**MICHAEL A. DIRENZO, ESQ.**
Nevada Bar No. 13104
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
Telephone: (725) 226-1371
Facsimile: (689) 285-6892
Email: michael.direnzo@forthepeople.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAHAN MERAI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CSAA GENERAL INSURANCE COMPANY; DOES I through X; and ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO.:   2:25-cv-02469 <br><br> **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **SUBMITTED IN COMPLIANCE WITH LR 26-1(B)** |

Pursuant to Local Rules 26-1(b), the parties respectfully submit the following stipulated discovery plan and jointly request that the Court: 1) approve this plan, and 2) implement the plan as a scheduling order. The FRCP 26(f) conference was held on February 11, 2026, by MICHAEL A. DIRENZO, ESQ., for Plaintiff, MAHAN MERAI, and CARA T. LAURSEN, ESQ., for Defendant, CSAA GENERAL INSURANCE COMPANY. The parties propose the following discovery plan:

1. **Subjects on which discovery may be needed (Fed. R. Civ. P. 26(f)(3)(A):**

Discovery will be needed on the facts and circumstances surrounding the allegations in the complaint, namely the issues of Defendant's liability and damages suffered by Plaintiff.

2. **Discovery Cut-Off Date (Fed. R. Civ. P. 26(f)(3)(A), LR 26-1(b)(1)):**

   a. **Date of Defendant's answer or appearance (LR 26-1(b)(1))**:

   Defendant filed its Notice of Removal on **December 12, 2025**. Defendant CSAA

General Insurance Company filed its Answer in the United State District Court District of Nevada on **January 8, 2026.**

      b. **Statement of the reasons why longer or different time periods should apply to the case (LR 26-1(a))**:

Not applicable.

      c. **Proposed discovery cut-off (LR 26-1(b)(1))**:

Consistent with § 2(a) above, discovery shall close on: **Wednesday June 10, 2026** (180 days from the date of Defendant's first appearance before this Court).

3. **Amendment of Pleadings and Adding Parties (LR 26-1(b)(2)):**

Motions to amend pleadings and add parties shall be filed no later than ninety (90) days before the close of discovery: **Thursday March 12, 2026.**

4. **Disclosures (Fed. R. Civ. P. 26(f)(3)(A); LR 26-1(b)(3)):**

      a. **Initial disclosures:**

Initial disclosures shall occur on or before**: Wednesday February 25, 2026.**

      b. **Initial expert disclosures:**

Pursuant to Fed. R. Civ. P. 26(a)(2)(D)(i), initial expert disclosures shall be due no later than sixty (60) days before the close of discovery: **Friday April 10, 2026.**

      c. **Rebuttal expert disclosures:**

Pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii), rebuttal expert reports shall be due no later than thirty (30) days before the close of discovery: **Monday May 11, 2026.**

5. **Dispositive Motions (LR 26-1(b)(4)):**

The deadline for filing dispositive motions shall be thirty (30) days after the close of discovery: **Friday July 10, 2026.**

6. **Joint Pre-Trial Order (LR 26-1(b)(5), (6)):**

The joint pre-trial order shall be filed no later than thirty (30) days after the date set for filing dispositive motions**: Monday August 10, 2026.** The joint pre-trial order shall include the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them.

7. **Alternative Dispute Resolution (LR 26-1(b)(7)):**

Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

**8. <u>Alternative Forms of Case Disposition (LR 26-1(b)(8)):</u>**

The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) but do not consent to those forms of dispute resolution at this time.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

3

## 9.  Electronic Evidence (LR 26-1(b)(9)):

The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre-Trial Order.

DATED this 20th day of February 2026.

**MORGAN & MORGAN**

/s/ Michael DiRenzo

_____
MICHAEL A. DIRENZO, ESQ.
Nevada Bar No. 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 20th day of February 2026.

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

/s/ Cara T. Laursen

_____
CARA T. LAURSEN, ESQ.
Nevada Bar No. 14563
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED this 20th day of February, 2026.

**UNITED STATES MAGISTRATE JUDGE**

4