McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Cara T. Laursen
Nevada Bar No. 14563
*cara.laursen@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant CSAA General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAHAN MERAI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY; DOES I through X; and ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02469-JAD-EJY<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff MAHAN MERAI, by and through his counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through its counsel of record that the above-entitled matter be dismissed with prejudice in its entirety, the parties to bear

///

///

///

///

///

///

///

their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 23 day of September, 2026

MORGAN & MORGAN

By ______________________
MICHAEL A. DIRENZO, ESQ.
Nevada Bar No. 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
(702) 226-1371
Attorneys for Plaintiff

DATED this 23rd day of September, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cara T. Laursen
Nevada Bar No. 14563
Attorneys for Defendant

**ORDER**

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

______________________
U.S. District Judge Jennifer A. Dorsey
Dated: September 24, 2026

Submitted By:

MCCORMICK BARSTOW LLP

______________________
Jonathan W. Carlson
Nevada Bar No. 10536
Cara T. Laursen
Nevada Bar No. 14563
Attorneys for Defendant

16623116.1